GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
BENJAMIN J. CARMAN, ESQ.
Nevada Bar No. 12565
RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
Attorneys for Defendant,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT COURT OF NEVADA

| | |
|---|---|
| GERARDO CHACON<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; ROE INSURANCE COMPANY; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive<br><br>Defendant | Case No. 2:16-cv-00965-RFB-VCF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, GERARDO CHACON, and Defendants, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, , by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

1

It is Further Stipulated that any Trial Currently Scheduled, be Vacated.

Dated: October , 2017        Dated: October 12, 2017

RANALLI ZANIEL FOWLER & MORAN, LLC

_____
GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
BENJAMIN J. CARMAN, ESQ.
Nevada Bar No. 12565
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Attorneys for Defendant

G. DALLAS HORTON & ASSOCIATES

_____
DAVID L. THOMAS, ESQ.
Nevada Bar No. 3172
4435 South Eastern Avenue
Las Vegas, Nevada 89119
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED:

Dated: October 16, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

2